JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TAYLOR,<br><br>                              Plaintiff,<br><br>                    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>                              Defendant. | Case No. CV 12-01253-OP<br><br>JUDGMENT |

Pursuant to the Memorandum Opinion; Order of the United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered affirming the decision of the Commissioner of Social Security and dismissing this action with prejudice.


DATED: December 4, 2012

HONORABLE OSWALD PARADA
United States Magistrate Judge